IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PRESTON HILL, | 1:11-cv-1391  AWI SMS |
| **Plaintiff**, | |
| v. | ORDER TAKING MATTERS UNDER SUBMISSION |
| CLOVIS POLICE DEPARTMENT, MARK BRADFORD (Badge #5465), individually and as an officer of the Clovis Police Department, OFFICE OF THE DISTRICT ATTORNEY FRESNO COUNTY, ELIZABETH EGAN, individually and as District Attorney, and ELANA ARON SMITH individually and as Deputy District Attorney, | |
| **Defendants**. | |

Currently set for hearing and decision on January 23, 2012, are the Defendants' motions to dismiss. The Court has reviewed Defendants' moving papers and has determined that the motions to dismiss are suitable for decision without oral argument. Local Rule 230.

Therefore, IT IS HEREBY ORDERED that the previously set hearing date of January 23, 2012, is VACATED, and the parties shall not appear at that time. As of January 23, 2012, the Court will take the Defendants' motions to dismiss under submission and will thereafter issue its decision.

IT IS SO ORDERED.

Dated:   January 18, 2012

_____
CHIEF UNITED STATES DISTRICT JUDGE