IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **PRESTON HILL,** )<br>  )<br>    **Plaintiff**, )<br>  )<br>   v. )<br>  )<br>**CLOVIS POLICE DEPARTMENT,** )<br>**MARK BRADFORD (Badge #5465),** )<br>**individually and as an officer of the** )<br>**Clovis Police Department, OFFICE OF** )<br>**THE DISTRICT ATTORNEY FRESNO** )<br>**COUNTY, ELIZABETH EGAN,** )<br>**individually and as District Attorney, and** )<br>**ELANA ARON SMITH individually and** )<br>**as Deputy District Attorney,** )<br>  )<br>    **Defendants.** )<br>_____ ) | 1:11-cv-1391  AWI SMS<br><br>**ORDER TAKING MATTERS<br>UNDER SUBMISSION** |

   Currently set for hearing and decision on April 23, 2012, are the Defendants' motions for reconsideration. The Court has reviewed the parties' papers and has determined that the motions for reconsideration are suitable for decision without oral argument. See Local Rule 230.

   Therefore, IT IS HEREBY ORDERED that the previously set hearing date of April 23, 2012, is VACATED, and the parties shall not appear at that time. As of April 23, 2012, the Court will take Defendants' motions for reconsideration under submission and will thereafter issue its decision.

   IT IS SO ORDERED.

Dated:   April 16, 2012

CHIEF UNITED STATES DISTRICT JUDGE